## BOOKER T. WHITE V. THE STATE.

No. 21130.  Delivered June 5, 1940.

The opinion states the case.

*J. C. Jacobs,* of Corsicana, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for an aggravated assault, punishment fixed at one month in jail and a fine of $25.00.

We find in the record the verdict of the jury assessing the punishment indicated, but no judgment appears to have been entered thereon. If so, it is not shown in the transcript which has been forwarded to this court.

Without a judgment the jurisdiction of this court does not attach.

The appeal is dismissed.